IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GREGGORY CULBREATH,**

    Plaintiff,
v.                                     **CASE NO. 1:05-cv-00014-MP-AK**

**JO ANNE B BARNHART,**

    Defendant.
_____/

### O R D E R

This matter is before the Court on Defendant's Motion to Extend Time to file a memorandum. (Doc. 14). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through August 25, 2005, to file a memorandum.

**DONE AND ORDERED** this <u>25th</u> day of July, 2005

                                            s/A. Kornblum
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**