IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGGORY CULBREATH,

    Plaintiff,
v.                                                     CASE NO. 1:05-cv-00014-MP-MD

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner be affirmed. Objections to Report and Recommendation were due by January 31, 2006, but none were filed.

The Administrative Law Judge in this case prevented the claimant from asking the vocational expert certain questions on cross examination. The questions were hypotheticals based on the statements in a certain doctor's opinion. The Administrative Law Judge stated, however, that he was intending to reject that doctor's opinion as inconsistent with the rest of the evidence and not rely upon it. He therefore refused to allow the questions, finding them irrelevant.

The Court agrees with the Magistrate Judge that an Administrative Law Judge may properly limit cross examination of a vocational expert when the questions would be based on applying a doctor's opinion that the Administrative Law Judge plans to reject. This is neither a

due process violation nor indication of bias, since the Administrative Law Judge has the discretion to reject inconsistent opinions in the first place.    Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the commissioner, denying benefits, is affirmed.

3. The Clerk is directed to close the file.


**DONE AND ORDERED** this  *28th*  day of March, 2006


       *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge